ELIZABETH H. TAYLOR, Respondent, *v.* EDWY L. TAYLOR, Individually and as Administrator, etc., of HENRY TAYLOR, Deceased, Impleaded, etc., Appellant.

(Submitted April 25, 1888; decided June 5, 1888.)

APPEAL from judgment of the Supreme Court in the second judicial department, entered upon an order made December 15, 1885, which affirmed a judgment of foreclosure and sale herein.

*Benjamin Estes* for appellant.

*Hubbard & Rushmore* and *John D. Pray* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed,

---

HENRY McCABE, Appellant, *v.* J. FRANK EMMONS et al., Respondents.

(Argued April 25, 1888; decided June 5, 1888.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made January 14, 1885, which affirmed a judgment of the Special Term dismissing the complaint.

*George F Betts* for appellant.

*James C. Carter* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.